An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM PERCIVAL, AN INDIVIDUAL; AMERICAN GYPSUM, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; PPP, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; DESERT GYPSUM RESOURCES, LLC, A NEVADA LIMITED LIABILITY COMPANY; THE OFFICE OF THE PRESIDING ALMONER OF THE HOUSE OF PERCIVAL AND HIS SUCCESSORS, A NEVADA CORPORATION; THE OFFICE OF THE PRESIDING REGENT OF PROSPERITY FELLOWSHIP AND HIS SUCCESSORS, A NEVADA CORPORATION; AND THE OFFICE OF THE PRESIDING REGENTS OF THE CHRISTIAN AGRICULTURAL APOSTOLIC COLLEGE AND HIS SUCCESSORS, A NEVADA CORPORATION,
Appellants.
vs.
RENATO BALANGUE, AN INDIVIDUAL; ELIZABETH BALANGUE, AN INDIVIDUAL; MK143 TRUST, AN IRREVOCABLE TRUST; AND ZALATHIEL AGUILA, TRUSTEE FOR MK143 TRUST,
Respondents.

No. 67435

FILED

JUN 0 2 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was docketed in this court on February 20, 2015, without payment of the requisite filing fee. On that same day a notice was issued directing appellants to pay the filing fee within ten days. The

15-16816

notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellants have not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: *Marie Y. Lindin*

cc:    Hon. Douglas W. Herndon, District Judge
Homeowner Relief Lawyers LLC
Law Offices of Marilee A. Ryan, LLC
Eighth District Court Clerk

---

[1] Respondents' February 25, 2015, motion to dismiss this appeal is denied as moot.